UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF



JUL - 6 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
　　　　DEPUTY CLERK

| | |
|---|---|
| LOUIS FRANCIS, | No. 05-16111 |
| Plaintiff - Appellant, | D.C. No. CV-99-05905-AWI/TAG |
| v. | |
| GEORGE M. GALAZA, Warden; et al., | **ORDER** |
| Defendants - Appellees. | |

This appeal has been taken in good faith   [✓]

This appeal is not taken in good faith   [ ]

Explanation: _____

_____

_____

_____

_____
Judge
United States District Court

Date: 7-6-05